RODGER E. LOTZ v. ORANGE MEMORIAL HOSPITAL.

May 28, 1987.

Cross-petition for certification denied.

ALTAMONT DEVELOPMENT CORPORATION v.
PROPERTY OWNERS WATER.

May 28, 1987.

Petition for certification denied.

MAYOR H. PAUL v. OHIO CASUALTY INSURANCE COMPANY.

May 28, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 250)

HARRIET DROSOS AND DIMITRIOV DROSOS, ETC. v.
R.H. MACY & CO., INC.

May 28, 1987.

Petition for certification denied.